**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>Bruce D Davidson<br>10298 Huntwood Dr.<br>Boise, ID 83709<br><br>Social Security No.: xxx–xx–2613<br>Employer's Tax I.D. No.:<br><br>Debtor<br><br>Heidi L Davidson<br>10298 Huntwood Dr.<br>Boise, ID 83709<br><br>Social Security No.: xxx–xx–6435<br>Employer's Tax I.D. No.:<br><br>Joint Debtor<br>_____ | Case Number:   09–01735–TLM<br><br>Chapter Number: 13 |

**ORDER TO DEBTOR DIRECTING PAYMENT TO TRUSTEE**

The plan having been filed in the above described Chapter 13 proceeding on , debtors(s) herein are ORDERED and DIRECTED to pay the sum as proposed in the debtor's plan, in certified funds (no personal checks) to the following trustee appointed in this matter:

Kathleen A. McCallister
Chapter 13 Trustee
PO Box 720
Memphis, TN 38101–0720
208–922–5100

The first payment is to be paid to said trustee no later than 30 DAYS FROM THE FILING OF THE PETITION, UNLESS OTHERWISE ORDERED BY THE COURT, and monthly thereafter until such time as the matter is heard, and as further ordered by the Court.

Dated: 6/18/09

Cameron S. Burke
Clerk, U.S. Bankruptcy Court