KATHLEEN MCCALISTER
CHAPTER 13 TRUSTEE
P.O. BOX 910
KUNA ID 83634-0910
(208) 922-5100 ph  (208) 922-5599 fax

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE:<br><br>BRUCE D DAVIDSON<br>HEIDI L DAVIDSON<br><br>Debtor(s) | CHAPTER 13<br>CASE NO.   09-01735-TLM<br><br>**OBJECTION TO CLAIM AND NOTICE** |
|---|---|

**TO:** Malheur Federal Credit Union
Abby Armstrong, Collection Officer
PO Box 520
Ontario, OR 97914

### NOTICE

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has objected to the allowance of your Claim No. **28** filed on **02/24/10** in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated**.  **You should read these papers carefully and discuss them with your attorney, if you have one.**

**YOU ARE HEREBY NOTIFIED that if you do not want the Court to eliminate or change your claim and you wish to contest the Trustee's Objection to your Claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original (1) with the U.S. Bankruptcy Court, 550 West Fort Street, MSC 042, Boise, ID 83724; and (2) a copy with the Trustee. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the (30) day period. YOU ARE FURTHER NOTIFIED that if the objection is a matter which can be corrected by filing an amended claim you may do so prior to the expiration of the thirty (30) day period. Failure to file a written reply will result in the Trustee requesting that the Court enter an Order Disallowing the Claim to the extent objected to.**

### OBJECTION

**Proof of Claim was not timely filed; last day to file a Proof of Claim was 10/13/09.  The unsecured portion of $1,579.85 should be disallowed for distribution by the Trustee.**

Dated:    August 27, 2010

/s/ Kathleen McCallister
Kathleen McCallister, Trustee

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2010, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

**D Blair Clark**
**Attorney at Law**
dbc@dbclarklaw.com

AND I FUTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

<u>Creditor</u>:

**Malheur Federal Credit Union**
**Abby Armstrong, Collection Officer**
**PO Box 520**
**Ontario, OR 97914**

<u>Registered Agent:</u>

**Malheur Federal Credit Union**
**Sandy Tollman, Manager**
**PO Box 520**
**Ontario, OR 97914**

<u>Debtor(s)</u>:

**Bruce & Heidi Davidson**
**10298 Huntwood Dr.**
**Boise, ID 83709**

/s/
Julie Anderson
Claims Administrator